UNITED STATES DISTRICT COURT     **JS-6**
CENTRAL DISTRICT OF CALIFORNIA


CIVIL MINUTES CLOSING


Case No   SACV 18-1373-AG(KESx)              Date: December 26, 2018


Title   NEHEMIAH KONG v YING AN DVINCENT FOK, INC, ET AL

Present   ANDREW J. GUILFORD , United States District Court Judge


          Lisa Bredahl                        Not Present
          Deputy Clerk                        Court Reporter


--------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------


Attorneys for Plaintiff                        Attorneys for Defendant

Not Present                                    Not Present


---------------------------------------------------------------------------------------------------
---------------------------------------------------------------------------------------------------


Proceedings:        ☐ In Court        X In Chambers        ☐ Counsel Notified

☐      Case previously closed in error.  Make JS-5.

X      Case should have been closed on entry dated 11/27/18.  Make JS-6.

☐      Case settled but may be reopened if settlement is not finalized within     days.  Make
       JS-6.

☐      Other                         .

☐      Entered                      .


CV-74 (08/97)                          Initials by Deputy Clerk     lmb____